FILED
December 17, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ISAIAH ROWLAND,<br><br>    Defendant. | Case No. 2:24-cr-00242-DAD-2<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ISAIAH ROWLAND , Case No. 2:24-cr-00242-DAD-2 , Charge 18 U.S.C. § 922(g), from custody for the following reasons:

- \_\_\_\_ Release on Personal Recognizance
- \_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_
  - **x** Unsecured Appearance Bond $ 20,000.00
  - \_\_\_\_ Appearance Bond with 10% Deposit
  - \_\_\_\_ Appearance Bond with Surety
  - \_\_\_\_ Corporate Surety Bail Bond
  - **x** (Other):  Release delayed until 12/18/2024 at 9:00 AM with terms as stated on the record, and thereafter, the defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on December 17, 2024, at 3:10 PM.

By: _/s/ Sean C. Riordan_

Magistrate Judge Sean C. Riordan