DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693

Attorney for Defendant: ISAIAH ROWLAND

# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ISAIAH ROWLAND,<br><br>        Defendant. | Case No. 2:24-CR-00242-DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: March 3, 2025<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, through Assistant United States Attorney Zulkar Khan, attorney for Plaintiff, and Danica Mazenko, attorney for Isaiah Rowland, that the status conference, currently scheduled for March 3, 2025, be continued to March 31, 2025, at 9:30 a.m.

Defense counsel for Mr. Rowland continues to review hundreds of pages of discovery (including numerous photographs and multiple video recordings), and conduct investigation and research related to the charges. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including March 31, 2025; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and General Order 479, Local Code T4 based upon defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: February 26, 2025

*/s/ Danica Mazenko*
DANICA MAZENKO
Attorney for Defendant
ISAIAH ROWLAND

Dated: February 26, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Zulkar Khan*
ZULKAR KHAN
Assistant U.S. Attorney
Attorney for Plaintiff

2

**<u>ORDER</u>**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 31, 2025, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and General Order 479, (Local Code T4). It is further ordered the March 3, 2025 status conference shall be continued until March 31, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **February 26, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE